IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD KEITH WILLIAMS,

    Petitioner,

  v.

                                  Case No. 20-cv-1105-jdp

LARRY FUCHS,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Ronald Keith Williams's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | March 23, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |