IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,
    DEFENDANT- RESPONDENT.

V.

CASE NO: 20cv1105-jdp
2018ap1985

RONALD KEITH WILLIAMS,
    PLAINTIFF- APPELLANT

## NOTICE OF APPEAL

Notice is hereby given that the defendant- appellant, RONALD KEITH WILLIAMS, in the above captioned case hereby appeal the United States Court of Appeals for the Seventh Circuit from the order denying his Habeas Corpus petition, in an order and opinion entered on 03-30-2022, in the Western District of Wisconsin, the honorable LARRY FUCHS presiding signed and dated this 30 day of March, 2022.

Respectfully submitted

*/s/ Ronald K. Williams*

Ronald Keith Williams
#12495
Kettel Moraine Correctional
P.O. BOX 282
Plymouth, Wisconsin 53073